UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re Subpoenas Issued to:*<br><br>DEPARTMENT OF JUSTICE,<br>FEDERAL BUREAU OF INVESTIGATION,<br>c/o U.S. Attorney's Office, Civil Division<br>601 D Street, NW<br>Washington, DC 20530,<br><br>*In the Civil Action of:*<br><br>IMRAN AWAN, et al.<br><br>    Plaintiffs,<br><br>  v.<br><br>THE DAILY CALLER, INC. et al.,<br><br>    Defendants. | Misc. No. _____<br><br>*on removal from*<br>2020-CA-000652-B<br>(D.C. Super. Ct.) |

## NOTICE OF REMOVAL OF SUBPOENA MATTER

  Pursuant to 28 U.S.C. § 1442(a)(1), the Department of Justice and Federal Bureau of Investigation ("Agencies"), by and through the undersigned counsel, hereby file this Notice of Removal ("Notice"). In support of this Notice, the Agencies state as follows.

  1. The Agencies are in receipt of subpoenas in the civil action captioned, *Imran Awan, et al. v. The Daily Caller, Inc., et al.*, No. 2020-CA-000652-B (D.C. Super. Ct.), filed in the Superior Court for the District of Columbia, Civil Division (the "Underlying Case").

  2. The Agencies received the subpoenas on or about August 13, 2024. Copies of the subpoenas are attached hereto as Exhibits A and B.

  3. The Agencies are part of the U.S. Government. Removal of this matter is, therefore, authorized pursuant to 28 U.S.C. § 1442(a)(1). *See Brown & Williamson Tobacco Corp. v.*

*Williams*, 62 F.3d 408, 415 (D.C. Cir. 1995) (removal of subpoena matters are appropriate under 28 U.S.C. § 1442); *Houston Bus. J., Inc. v. Off. of Comptroller of Currency*, 86 F.3d 1208, 1211 (D.C. Cir. 1996) (quashing state court subpoena on removal to federal court as barred by sovereign immunity).

4.A notice of filing of this Notice of Removal will be filed in the Superior Court of the District of Columbia.

WHEREFORE, the subpoenas described above now pending in the Superior Court of the District of Columbia are properly removed to this Court pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446.

Dated: September 12, 2024
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:         */s/ Bradley G. Silverman*
BRADLEY G. SILVERMAN
D.C. Bar #1531664
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2575
bradley.silverman@usdoj.gov

*Attorneys for the United States of America*