UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re Subpoenas Issued to:*<br><br>DEPARTMENT OF JUSTICE,<br><br>and<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>*In the Civil Action of:*<br><br>IMRAN AWAN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE DAILY CALLER, INC., et al.,<br><br>Defendants. | Misc. No. 24-0113 (BAH)<br><br>*on removal from*<br>2020-CA-000652-B<br>(D.C. Super. Ct.) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Department of Justice and Federal Bureau of Investigation dismiss this action without prejudice.

Dated: September 19, 2024

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar #481052

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ Bradley G. Silverman
BRADLEY G. SILVERMAN
Assistant United States Attorney
D.C. Bar #1531664
Washington, DC 20530
(202) 252-2575
bradley.silverman@usdoj.gov

*Attorneys for the United States of America*